UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Hasmukbhai Patel,** et al., <br><br> Defendants. | Case No.: 2:17-cv-00573-KJM-CKD <br><br> **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR'S EXAMINATION** <br><br> Date: 10/24/18 <br> Time: 10:00 am <br> Courtroom: 24 |

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Damyantiban Patel is continued to 10/24/18 at 10:00 am in Courtroom 24, 8th Floor, 501 I Street, Sacramento, CA.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE