UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HASMUKHBAI PATEL, et al.<br><br>    Defendants. | No. 2:17-cv-00573-KJM-CKD<br><br>ORDER |

Defendant Damyantiban Patel has failed to appear at two previous judgment debtor examinations. (ECF Nos. 27, 31.) On January 4, 2019, the court issued an order to show cause and set a further judgment debtor examination for April 3, 2019. (ECF No. 32.) Plaintiff requests that the matter be continued 90 days to allow him to obtain effective service. (ECF No. 35.) Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to continue (ECF No. 35) is GRANTED on the terms of this order.
2. **Damyantiban Patel shall personally appear before Judge Delaney on July 10, 2019 at 10:00 a.m. in Courtroom No. 24** of the United States Courthouse located at 501 I Street, Sacramento, CA to SHOW CAUSE why he should not be held in contempt or have other appropriate sanctions imposed against him for failure to appear at the October 24, 2018 judgment debtor examination and the January 2, 2019 show cause hearing.

1

3. A continued judgment debtor examination is set for July 10, 2019 at 10:00 a.m. in Courtroom No. 24 of the United States Courthouse located at 501 I Street, Sacramento, CA before Judge Delaney. Damyantiban Patel shall personally appear for that judgment debtor examination.

4. Plaintiff shall promptly serve a copy of this order on Damyantiban Patel at his last-known address **by personal service**, and if possible, provide additional notice via e-mail or telephone at any last-known e-mail address or telephone number. Plaintiff shall forthwith file a proof of service on the court's docket documenting such service.

5. Damyantiban Patel is hereby CAUTIONED that failure to appear at the continued show cause hearing and the continued judgment debtor examination may result in a finding of contempt, the issuance of a bench warrant for his arrest, and/or the imposition of any other appropriate sanctions.

Dated: April 1, 2019

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14