1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT JOHNSON,                        No.  2:17-cv-00573-KJM-CKD

12                    Plaintiff,

13          v.                              ORDER

14    HASMUKHBAI PATEL AND
      DAMYANTIBAN PATEL,
15
                      Defendants.
16

17          On September 18, 2019, the court held a judgment-debtor examination and show cause

18    hearing in this matter.  Plaintiff appeared by counsel and defendants, who proceed without

19    counsel, failed to appear.  Defendants have failed to appear at two previous judgment-debtor

20    examinations.  (ECF Nos. 27, 31.)

21          Plaintiff has requested that the hearing be continued, and that he be awarded costs for his

22    counsel's appearance at the most recent hearing.  The court has considered what sanctions would

23    be appropriate at this juncture.  In light of defendants' pro se status, and the court's desire to

24    resolve the action on the merits, the court first attempts lesser sanctions by issuing an order

25    imposing monetary sanctions.  Given that defendants are proceeding without counsel, the

26    monetary sanctions imposed are necessarily minimal.

27    ///

28    ///

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are sanctioned $250, for the cost of plaintiff's counsel's court appearance, to be paid to plaintiff's counsel within twenty-one (21) days of this order.

2. The judgment-debtor examination and show cause hearing is rescheduled for January 8, 2020.

IT IS SO ORDERED.

Dated: September 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE